UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD HERTING,

                Plaintiff,

         -v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.
------------------------------------------------------------------X

21 Civ. 494 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    On October 18, 2021, the Court ordered the parties to submit a post-discovery status letter by November 28, 2021.  Dkt. 15.  The parties failed to submit a status letter by the November 28, 2021 deadline.  Accordingly, it is hereby ORDERED that, by December 2, 2021, the parties shall submit a status letter as set forth in the October 18, 2021 Order.  Furthermore, if either party anticipates moving for summary judgment, the parties shall include this request in the status letter and provide a basis for summary judgment, basis for opposing summary judgment, and a proposed briefing schedule.

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                             JOHN P. CRONAN
                                        United States District Judge