```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EDWARD HERTING,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       21 Civ. 494 (JPC)
              -v-                                                      :
                                                                       :            ORDER
LONG ISLAND RAILROAD COMPANY,                                          :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court previously referred this case for mediation to the Court-annexed Mediation Program, Dkt. 19, and directed the parties to submit a status letter within one week after the mediation conference advising the Court as to the status of this case, Dkt. 21. In the event the parties are unable to resolve this matter at mediation, the Court further directed the parties to include in the post-mediation status letter proposed trial ready dates for Q2, Q3, and Q4 of 2022 as well as a proposed deadline for the parties to submit the joint pretrial order. *Id.* The docket reflects that the parties participated in a mediation conference on February 17, 2022, at 2:00 a.m. It is hereby ORDERED that, by March 25, 2022, the parties shall submit a joint letter advising the Court regarding the status of mediation.

SO ORDERED.

Dated: March 22, 2022                                    _____
       New York, New York                                          JOHN P. CRONAN
                                                              United States District Judge