```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EDWARD HERTING,                                                        :
                                                                       :
                               Plaintiff,                              :
                                                                       :          21 Civ. 494 (JPC)
                -v-                                                    :
                                                                       :                ORDER
LONG ISLAND RAILROAD COMPANY,                                          :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has set a trial commencement date in this case for January 9, 2023.  Dkt. 29. The Court will hold a Final Pretrial Conference on January 4, 2023, at 10:00 a.m.  Unless otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The parties shall promptly advise the Court if there comes a point when they do not expect this case to proceed to trial.

      SO ORDERED.

Dated: April 19, 2022  
       New York, New York

                                                          JOHN P. CRONAN  
                                                          United States District Judge