UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EDWARD HERTING, :
:
Plaintiff, :
: 21 Civ. 494 (JPC)
-v- :
: ORDER
LONG ISLAND RAILROAD COMPANY, :
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  Attached to this order is the Court's current draft of voir dire questions for prospective jurors. The parties should be prepared to address any objections to the proposed questions at the final pretrial conference scheduled for January 4, 2023, at 10:00 a.m.

  SO ORDERED.

Dated: December 29, 2022
    New York, New York

                     _____
                        JOHN P. CRONAN
                        United States District Judge